**REQUIRED STATEMENT TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s) <u>Teresa Maria Escobar</u>     Case No. <u>12 B 22966</u>       Chapter <u> 13 </u>

All Cases: Moving Creditor <u>American Honda Finance Corporation</u>     Date Case Filed  <u>6/6/12</u>
Nature of Relief Sought:  <u> X </u> Lift Stay   __Annul Stay   __Other (describe) __

Chapter 13: Date of Confirmation Hearing <u>11/5/12</u> or Date Plan Confirmed

Chapter 7:       __ No-Asset Report Filed on __
                 __ No-Asset Report not Filed, Date of Creditors Meeting ___

1. Collateral
   a.    __ Home
   b.    <u> x </u> Car        Year, Make, and Model <u>2012 Honda CRV</u>
   c.    __Other (Describe) ___

2. Balance Owed as of Petition Date $<u>26,724.86</u>
   Total of all other Liens against Collateral $<u>0.00 </u>

3. In Chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $<u>25,975.00</u>

5. Default
   a.    __ Pre-Petition Default
           Number of months           Amount $
   b.    <u> X </u> Post-Petition Default
         i.    <u> X </u> On direct payments to the moving creditor
               Number of months <u>2.59</u>    Amount $<u>1,552.80</u>
         ii.   __ On payments to the Standing Chapter 13 Trustee
               Number of months ___   Amount $__

6. Other Allegations
   a.    <u> X </u> Lack of Adequate Protection §362(d)(1)
         i.    <u> X </u> No insurance
         ii.   ___ Taxes unpaid         Amount $_____
         iii.  <u> X </u> Rapidly Depreciating Asset
         iv.   ___ Other (describe) _____
   b.    <u> X </u> No Equity and not Necessary for an Effective Reorganization §362(d)(2)
   c.    <u> X </u> Other "Cause" §362(d)(1)
         i.    ___ Bad Faith (describe) _____
         ii.   ___ Multiple Filings
         iii.  <u> X </u> Other <u>proposed plan provides for payments from nonexistent co-buyer</u>
   d.    Debtor's Statement of Intent regarding the Collateral
         i. __ Reaffirm   ii. __ Redeem   iii. __ Surrender   iv. __ No Statement of Intent Filed

Date:  __10/15/12____                              _____David J. Frankel, Esq._____
                                                              Counsel for Movant