| Effective Date | Posted Date | Due Date | Transaction Type | Financial Type | Amount | Sales Tax | Total | Source |
|---|---|---|---|---|---|---|---|---|
| 9/23/2012 | 9/23/2012 | 10/15/2012 | INVOICE | | | $0.00 | $1,552.80 | |
| | | | | Interest | $363.11 | $0.00 | | |
| | | | | Principal | $236.00 | $0.00 | | |
| | | | | Late Charges | $0.00 | $0.00 | | |
| | | | | Total Current D | $599.11 | $0.00 | | |
| | | | | Principal | $884.34 | $0.00 | | |
| | | | | Late Charges | $57.25 | $0.00 | | |
| | | | | Interest | $12.10 | $0.00 | | |
| | | | | Total Past Due | $953.69 | $0.00 | | |
| | | | | Total Due | $1,552.80 | $0.00 | | |
| 9/14/2012 | 9/14/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $170.29 | $0.00 | | |
| | | | | Principal | $129.71 | $0.00 | | |
| 8/31/2012 | 8/31/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $292.33 | $0.00 | | |
| | | | | Principal | $7.67 | $0.00 | | |
| 8/24/2012 | 8/24/2012 | 9/15/2012 | INVOICE | | | $0.00 | $1,553.69 | |
| | | | | Interest | $377.16 | $0.00 | | |
| | | | | Principal | $221.95 | $0.00 | | |
| | | | | Late Charges | $0.00 | $0.00 | | |
| | | | | Total Current D | $599.11 | $0.00 | | |
| | | | | Principal | $799.66 | $0.00 | | |
| | | | | Late Charges | $57.25 | $0.00 | | |
| | | | | Interest | $97.67 | $0.00 | | |
| | | | | Total Past Due | $954.58 | $0.00 | | |
| | | | | Total Due | $1,553.69 | $0.00 | | |
| 8/17/2012 | 8/17/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $300.00 | $0.00 | | |
| 7/24/2012 | 7/24/2012 | 8/15/2012 | INVOICE | | | $0.00 | $1,254.58 | |
| | | | | Interest | $377.17 | $0.00 | | |
| | | | | Principal | $221.94 | $0.00 | | |
| | | | | Late Charges | $56.36 | $0.00 | | |
| | | | | Total Current D | $655.47 | $0.00 | | |
| | | | | Interest | $20.50 | $0.00 | | |
| | | | | Principal | $577.72 | $0.00 | | |
| | | | | Late Charges | $0.89 | $0.00 | | |
| | | | | Total Past Due | $599.11 | $0.00 | | |
| | | | | Total Due | $1,254.58 | $0.00 | | |
| 7/20/2012 | 7/20/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $200.00 | Wachovia-eBo |
| | | | | Interest | $200.00 | $0.00 | | |
| 7/11/2012 | 7/11/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $100.00 | Wachovia-eBo |
| | | | | Interest | $100.00 | $0.00 | | |
| 6/23/2012 | 6/23/2012 | 7/15/2012 | INVOICE | | | $0.00 | $955.47 | |
| | | | | Interest | $320.50 | $0.00 | | |
| | | | | Principal | $278.61 | $0.00 | | |
| | | | | Late Charges | $0.00 | $0.00 | | |
| | | | | Total Current D | $599.11 | $0.00 | | |
| | | | | Principal | $299.11 | $0.00 | | |
| | | | | Late Charges | $57.25 | $0.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total Past Due | $356.36 | $0.00 | |
| | | | | Total Due | $955.47 | $0.00 | |
| 6/22/2012 | 6/22/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $300.00 | $0.00 | |
| 5/25/2012 | 5/25/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Late Charges | $1.78 | $0.00 | |
| | | | | Principal | $298.22 | $0.00 | |
| 5/25/2012 | 5/25/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $600.00 | Pay by Phone |
| | | | | Interest | $531.71 | $0.00 | |
| | | | | Principal | $68.29 | $0.00 | |
| 5/24/2012 | 5/24/2012 | 6/15/2012 | INVOICE | | | $0.00 | $1,556.36 | |
| | | | | Interest | $382.37 | $0.00 | |
| | | | | Principal | $216.74 | $0.00 | |
| | | | | Late Charges | $0.00 | $0.00 | |
| | | | | Total Current D | $599.11 | $0.00 | |
| | | | | Interest | $408.37 | $0.00 | |
| | | | | Principal | $489.85 | $0.00 | |
| | | | | Late Charges | $59.03 | $0.00 | |
| | | | | Total Past Due | $957.25 | $0.00 | |
| | | | | Total Due | $1,556.36 | $0.00 | |
| 5/11/2012 | 5/11/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $300.00 | $0.00 | |
| 4/25/2012 | 4/25/2012 | ?/?/? | FEE ASSESSMENT | | | $0.00 | $29.96 | |
| | | | | Late Charges | $29.96 | $0.00 | |
| 4/23/2012 | 4/23/2012 | 5/15/2012 | INVOICE | | | $0.00 | $1,227.29 | |
| | | | | Interest | $370.04 | $0.00 | |
| | | | | Principal | $229.07 | $0.00 | |
| | | | | Late Charges | $0.00 | $0.00 | |
| | | | | Total Current D | $599.11 | $0.00 | |
| | | | | Interest | $338.33 | $0.00 | |
| | | | | Principal | $260.78 | $0.00 | |
| | | | | Late Charges | $29.07 | $0.00 | |
| | | | | Total Past Due | $628.18 | $0.00 | |
| | | | | Total Due | $1,227.29 | $0.00 | |
| 4/13/2012 | 4/13/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $299.11 | $0.00 | |
| | | | | Late Charges | $0.89 | $0.00 | |
| 4/3/2012 | 4/3/2012 | ?/?/? | REGULAR PAYMENT | | | $0.00 | $300.00 | Wachovia-eBo |
| | | | | Interest | $300.00 | $0.00 | |
| 3/26/2012 | 3/26/2012 | ?/?/? | FEE ASSESSMENT | | | $0.00 | $29.96 | |
| | | | | Late Charges | $29.96 | $0.00 | |
| 3/24/2012 | 3/24/2012 | 4/15/2012 | INVOICE | | | $0.00 | $1,198.22 | |
| | | | | Interest | $382.38 | $0.00 | |
| | | | | Principal | $216.73 | $0.00 | |
| | | | | Total Current D | $599.11 | $0.00 | |
| | | | | Interest | $555.06 | $0.00 | |
| | | | | Principal | $44.05 | $0.00 | |
| | | | | Total Past Due | $599.11 | $0.00 | |
| | | | | Total Due | $1,198.22 | $0.00 | |
| 2/22/2012 | 2/22/2012 | 3/15/2012 | INVOICE | | | $0.00 | $599.11 | |
| | | | | Interest | $555.06 | $0.00 | |
| | | | | Principal | $44.05 | $0.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Past Due | $0.00 | $0.00 | | |
| | | | | Total Due | $599.11 | $0.00 | | |
| 1/30/2012 | 2/2/2012 | ?/?/? | LOAN FUNDING | | | $0.00 | $26,888.12 | CP1 |
| | | | | Principal | $26,888.12 | $0.00 | | |
| | | | | Extended War | $895.00 | $0.00 | | |