# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

TERESA MARIA ESCOBAR

DEBTOR(S),

Case No. 12-22966

Chapter 13

Judge Timothy A. Barnes

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE FILED ON 09/19/2017 UNDER CLAIMS REGISTER #5

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Teresa Maria Escobar, Debtor(s), 6716 W. Imlay Street, Chicago, 60631
Alfredo J. Garcia, Attorney for Debtor(s) - 105 W Madison 23rd Floor, Chicago, IL 60602 by electronic notice through ECF

Notice is hereby given that Creditor, OCWEN LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-RS8, ("Creditor"), hereby withdraws its Response to Notice of Final Cure filed on 09/19/2017 under claim#5.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the via electronic notice on September 19, 2017 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the September 20, 2017.

/s/ Joel P. Fonferko
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-16-14547)**
NOTE: This law firm is a debt collector.